JULY 22, 1963

No. 67909.—Mitsui & Co., Ltd. *v.* United States, protest 61/5304(A). Protest abandoned June 14, 1963. (Initial No. 60/3965.) (Not published.) Plaintiff's application for rehearing granted.

BEFORE THE SECOND DIVISION, JULY 30, 1963

No. 67910.—W. C. Sullivan & Company *v.* United States, protests 61/8710–11720, etc. (Chicago).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of rice paper similar in all material respects to that the subject of *Floral Arts Studios et al.* v. *United States* (49 Cust. Ct. 43, C.D. 2359), the claim of the plaintiff was sustained.

No. 67911.—Wilshire Mfg. Co. and James Loudon & Co., Inc. *v.* United States, protest 61/6317 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of parts of barbecue grills similar in all material respects to those the subject of Abstract 66689, the claim of the plaintiffs was sustained.